**Lance A. LeFever** (Oregon Bar No. 993098)
Email:  llefever@thorp-purdy.com
**Stefan B. Jacobsen** (Oregon Bar No. 203903)
Email: sjacobson@thorp-purdy.com
Thorp, Purdy, Jewett, Urness & Wilkinson, P.C.
1011 Harlow Road, Suite 300
Springfield, Oregon  97477
Telephone:     (541) 747-3354
Facsimile:      (541) 747-3367
          of Attorneys for all Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| **MONIQUE DE BOER** and **NICK CARPENTER**, in their capacities as the **COLLECTION COMMITTEE OF THE SOUTHERN OREGON IBEW-NECA ELECTRICAL WORKERS AUDIT COMMITTEE,** in their collective capacities as fiduciaries and/or designated collection agents for the: **CASCADE PENSION TRUST; HARRISON ELECTRICAL WORKERS TRUST FUND; CRATER LAKE ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND; LOCAL 659 LABOR MANAGEMENT COOPERATION FUND; NECA-IBEW NATIONAL LABOR MANAGEMENT COOPERATION FUND; ELECTRICAL INDUSTRY ADMINISTRATIVE MAINTENANCE FUND OF THE OREGON-PACIFIC-CASCADE CHAPTER, NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 659; LOCAL UNION NO. 659 VACATION FUND;** and the **OREGON-PACIFIC-CASCADE CHAPTER, NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION**, <br><br>                    Plaintiffs, <br><br>      vs. <br><br>**DANIEL LEE NAWMAN**, dba **DAN'S ELECTRIC**, <br><br>                    Defendant. | Case No. 6:22-CV-01771-MC <br><br> **JUDGMENT** |

**MCSHANE, JUDGE:**

Following the show cause hearing on December 12, 2023. at which Defendant failed to appear and was held in contempt, Plaintiffs have submitted their: (a) Memorandum in Support of Motion for Judgment; (b) Second Motion for Attorney Fees and Costs; and (c) related supporting declarations to bring this case to a conclusion.  The Court has considered those documents, the record submitted by the parties, and the other records and files herein deemed relevant by the Court.

Based on such review, Plaintiffs are awarded the following sums:

1. Contributions in the principal amount of $62,393.76;

2. Interest on the unpaid contributions (pre- and post-judgment) equal to:

    a. $4,808.30 for prejudgment interest through January 15, 2024, plus

    b. 10% simple per annum on the unpaid contributions from January 15, 2024, until paid in full;

3. Liquidated damages in the amount of $11,415.31; plus

4. Plaintiffs' reasonable attorney fees, expenses and costs and disbursements incurred herein totaling $22,087.81, which sum is comprised of $21,296.60 for Plaintiffs' reasonable and necessary attorney fees, $369.21 in expenses, plus taxable costs of $422.00; and

5. Post-judgment interest on the sum of item 4 above at the rate of 10% simple per annum until paid in full.

IT IS SO ORDERED.

DATED: January 16, 2024.

                                                s/Michael J. McShane
                                                Michael McShane
                                                United States District Judge